## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JAY GLENN,
Plaintiff,

v.  Case No. 1:16-cv-01452-RCL

THOMAS FORTUNE FAY,
FAY LAW GROUP, P.A.,
STEVEN R. PERLES, and
PERLES LAW FIRM, P.C.,
Defendants.

## DEFENDANTS' MOTION TO DISMISS

Defendants move, pursuant to Fed.R.Civ.Proc. 12(b)(6), to dismiss Plaintiff Glenn's case because it is barred by the applicable statue of limitations.

Defendants submit with this Motion a Memorandum of Law in Support of Defendants' Motion to Dismiss and a proposed Order.

Respectfully submitted,

FAY LAW GROUP, P.A.

_____/s/ John Vail_____
John Vail, of Counsel   (DC Bar 461512)
777 Sixth Street, NW
Suite 410
Washington, D.C.  20001
(202) 589-1300
Fax  589-1721
john@johnvaillaw.com

BOND & NORMAN LAW, P.C.

By: _____/s/ Ferris Ridgely Bond_____
Ferris Ridgely Bond (D.C. Bar 372607)
777 6th Street, N.W.
Suite 410
Washington, D.C. 20001
202-638-4100 telephone
202-207-1041 fax
Ferrisbond@bondandnorman.com


By: _____/s/ Jane Carol Norman_____
Jane Carol Norman (D.C. Bar 384030)
777 6th Street, N.W.
Suite 410
Washington, D.C. 20001
202-638-4100 telephone
202-207-1041 fax
Janenorman@bondandnorman.com

*Attorneys for Defendants Thomas Fortune Fay and Fay Law Group, P.A.*

==ATTORNEYS FOR PERLES AND PERLES LAW FIRM, P.C.?==

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion, the Memorandum in support thereof, and the proposed Order were filed electronically via the Court's ECF system on ==July 19, 2016== and were served electronically at that time on all counsel of record, all of whom are registered to receive filings via the Court's ECF system.