UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY GLENN, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS FORTUNE FAY, *et al.,* <br><br> Defendants. | Civil No.: 1:16-cv-01452-RCL |

## MOTION TO DISMISS OF DEFENDANTS
## STEVEN R. PERLES AND PERLES LAW FIRM, P.C.

Pursuant to Fed.R.Civ.Proc. 12(b)(6), Defendants Steven R. Perles and Perles Law Firm, P.C. (collectively, "Perles"), by and through counsel, respectfully move to dismiss the Complaint filed by Plaintiff, Jay Glenn ("Glenn") on the grounds that 28 U.S.C. §2201 does not create a substantive cause of action for declaratory judgment. Furthermore, any claim that Glenn might have attempted to advance under a breach of contract theory is plainly barred by limitations as Glenn himself concedes in his Complaint that any such claim arose in 2010. Finally, even if Glenn's claim was subject to a declaratory judgment and was not barred by limitations, he has failed to plead the necessary elements of a breach of contract claim. For these reasons, Glenn's Complaint fails to state a claim upon which relief can be granted, and it must be dismissed.

WHEREFORE, for the foregoing reasons, and for those more fully set forth in the accompanying Memorandum, Perles respectfully requests that this Motion to Dismiss be granted and that the Complaint be dismissed with prejudice. Perles also incorporates by reference the

arguments made by Defendants, Thomas Fortune Fay and Fay Law Group, P.A. (collectively "Fay"), in Fay's Amended Motion to Dismiss.

        Respectfully submitted,

        BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC

        By: _____/s/ Douglas M. Bregman_____
              Douglas M. Bregman #218354

        By: _____/s/ Geoffrey T. Hervey_____
              Geoffrey T. Hervey #415907

              7315 Wisconsin Avenue
              Suite 800 West
              Bethesda, Maryland 20814
              (301) 656-2707 – telephone
              (301) 961-6525 – facsimile
              dbregman@bregmanlaw.com
              ghervey@bregmanlaw.com

        *Counsel for Defendant Perles*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing Motion, the Memorandum of Points and Authorities in support thereof, and the proposed Order were filed electronically via the Court's ECF system on September 12, 2016 and were served electronically at that time on all counsel of record, all of whom are registered to receive filings via the Court's ECF system.

        _____/s/ Geoffrey T. Hervey _____