## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JAY GLENN,

    Plaintiff,

vs.

THOMAS FORTUNE FAY, *et al.,*

    Defendants.

Civil No.: 1:16-cv-01452-RCL

## ORDER GRANTING
## MOTION TO DISMISS OF DEFENDANTS
## STEVEN R. PERLES AND PERLES LAW FIRM, P.C.

UPON CONSIDERATION of the Motion to Dismiss filed by Defendants Steven R. Perles and Perles Law Firm, P.C. (collectively, "Perles"), and the Opposition thereto, it is this

\_\_\_\_\_ day of _____, 2016,

ORDERED, that the Motion should be and hereby is GRANTED, and it is further

ORDERED, that any and all claims asserted against Perles in the Complaint should be and hereby are DISMISSED WITH PREJUDICE.

_____
United States District Judge