UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY GLENN,<br>                Plaintiff<br><br>v.<br><br>THOMAS FORTUNE FAY, FAY LAW<br>GROUP, P.A., STEVEN R. PERLES, and<br>PERLES LAW FIRM, P.C.,<br>                Defendants | Civil Case No. 16-1452 (RCL) |

### ORDER

Plaintiff Jay Glenn filed this action seeking a declaratory judgment pursuant to 28 U.S.C. § 2201. Before the Court are defendants' motions [ECF Nos. 8 & 13] to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Upon consideration of the motions, the corresponding responses, the defendants' replies, and the applicable law, this Court dismisses this action *sua sponte*.

There is no absolute right to declaratory judgments in federal courts, and courts maintain discretion "whether and when to entertain an action." *Wilton v. Seven Falls*, 515 U.S. 277, 282, 115 S. Ct. 2137, 132 L. Ed. 2d 214 (1995). For the reasons articulated in the Memorandum Opinion issued this same day, this Court exercises its discretion and declines to entertain this action. Accordingly, this Court, *sua sponte*, dismisses the suit without prejudice.

This case shall stand dismissed, and defendants' motions to dismiss are **DENIED as moot**.

**So ORDERED.**

DATE: 12/6/16

                                                    Royce C. Lamberth
                                                    United States District Judge